UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELE SMITH,

          Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC and EQUABLE
ASCENT FINANCIAL, LLC,

          Defendants.
_____/

Case No. 1:12-cv-1108

HON. PAUL L. MALONEY

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (Docket #15), this matter is hereby

**DISMISSED** with prejudice as to all parties, and with no award of costs to any party**.**


Dated: January 11, 2013

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE